UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FUJI PHOTO FILM CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>JACK C. BENUN,<br>RIBI TECH PRODUCTS LLC,<br>POLYTECH ENTERPRISE LTD, and<br>POLYTECH (SHENZHEN) CAMERA CO. LTD,<br><br>Defendants. | Civil Action No. 05-1863 (KSH)<br><br><br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having come before the Court on the defendants' motion to strike one of the plaintiff's motions for summary judgment, and the Court having considered the defendants' submission, and the Court having conducted a telephone conference on this matter on May 22; and for good cause shown,

IT IS on this 31 day of May 2007,

**ORDERED** that the defendants' motion to strike, appearing on the docket as entry #245, is **granted**; and it is

**ORDERED** that the plaintiff's motion for partial summary judgment to dismiss the defendants counterclaims and affirmative defenses, appearing on the docket as entry #233, is

denied without prejudice.

/s/ *[signature]*
KATHARINE S. HAYDEN
United States District Judge