UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FUJIFILM CORPORATION,<br>        Plaintiff,<br>v.<br>JACK C. BENUN, JAZZ PRODUCTS LLC, POLYTECH ENTERPRISES LTD, and POLYTECH (SHENZHEN) CAMERA CO. LTD,<br>        Defendants | Civ. Action No. 05-1863 (KSH)<br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

    **THIS MATTER** having come before the Court upon the parties' cross-motions for summary judgment; the Court having considered the written submissions by the parties; and for the reasons more fully set forth in the opinion of this Court filed on this date,

    **IT IS** on this 30th day of June 2008,

    **ORDERED** that plaintiff's motion for summary judgment, appearing on the docket as entry # 236, is **granted**; and it is further

    **ORDERED** that defendants' motions for summary judgment, appearing on the docket as entries # 240, # 241, and # 248, are **denied.**

                                                      /s/ Katharine S. Hayden
                                                      Katharine S. Hayden, U.S.D.J.