## **EXHIBIT A**

**(Notice of Appointment of Liquidator)**

THE COMPANIES ORDINANCE
(CHAPTER 32)

FUNBO ENTERPRISES LIMITED
(豐寶企業有限公司)
(In Members' Voluntary Winding Up)

NOTICE TO CREDITORS

NOTICE is hereby given that the creditors of the abovenamed Company, which is being voluntarily wound up, are required on or before the 25th day of September 2007 to send in their names, addresses and particulars of their debts or claims, as well as the names and addresses of their solicitors (if any) to the undersigned, and if so required by notice in writing from the said liquidator to prove their debts or claims at such time and place as shall be specified in such notice, or in default thereof, they will be deemed to waive all such debts or claims and the liquidator will be entitled seven days after the above date, to distribute the funds available or any part thereof to the members.

Dated this 20th day of August 2007

WONG MING WAI RAYSON
*Liquidator*
9/F Tung Sun Commercial Centre
200 Lockhart Road
Hong Kong

---

THE COMPANIES ORDINANCE
(CHAPTER 32)

GUINNESS INVESTMENT LIMITED
建利時投資有限公司
(In Members' Voluntary Liquidation)

NOTICE OF FINAL MEETING

NOTICE IS HEREBY GIVEN pursuant to Section 239 of the Companies Ordinance (Chapter 32) that the Final Meeting of the Members of the abovenamed Company will be held at 8th Floor, Gloucester Tower, The Landmark, 15 Queen's Road Central, Hong Kong on 24 September 2007 at 10:00 a.m. for the purpose of having an account laid before them, showing the manner in which the winding up has been conducted and the property of the Company disposed of, and of hearing any explanation that may be given by the Liquidators.

Dated this 20th day of August 2007

THOMAS ANDREW CORKHILL
*Liquidator*

*Note:*—
A member entitled to attend and vote at the meeting is entitled to appoint a proxy to attend and vote on his behalf. A proxy need not also be a member.
The instrument appointing a proxy should be deposited at 8th Floor, Gloucester Tower, The Landmark, 15 Queen's Road Central, Hong Kong not less than 48 hours before the time fixed for holding the Meeting or adjourned Meeting.

---

THE COMPANIES ORDINANCE
(CHAPTER 32)

IN THE MATTER OF
AGFAPHOTO HONG KONG LIMITED
(In Members' Voluntary Liquidation)
('Company')

NOTICE OF APPOINTMENT OF
LIQUIDATOR
Pursuant to Section 253(1)

To The Registrar of Companies

We, Cosimo Borrelli (HKID Card No. P863558(0)) and G Jacqueline Fangonil Walsh (HKID Card No. P956589(6)) both of Borrelli Walsh Limited of 1401, Level 14, Tower 1, Admiralty Centre, 18 Harcourt Road, Hong Kong, hereby give notice that we have been appointed Joint and Several Liquidators of AgfaPhoto Hong Kong Limited by resolution of its members at a meeting held on 14 August 2007.

Dated this 14th day of August 2007

Cosimo Borrelli
G Jacqueline Fangonil Walsh
*Joint and Several Liquidators*

Presented by Borrelli Walsh Limited