# **EXHIBIT B**

**(Notification of Appointment of Liquidator or Provisional Liquidator)**

NYA 605840.4



公司註冊處
Companies Registry

委任清盤人或臨時清盤人通知書
**Notification of Appointment of Liquidator
or Provisional Liquidator**

(公司條例第 195(a)、228A(10) 及 253(1)(b)條)
(Companies Ordinance ss.195(a), 228A(10) & 253(1)(b))

表格 Form **W3**

存案 Filed

### 重要事項   Important Notes

- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 Company Number: **926195**

**1  公司名稱 Company Name**

AgfaPhoto Hong Kong Limited (In Members' Voluntary Liquidation)

(清盤在進行中 In Liquidation)

**2  清盤方式 Mode of Winding Up**

請在有關空格內加 ✓ 號   Please tick the relevant box

☐ 由法院作出清盤 Winding Up by Court

☑ 成員自動清盤 Members Voluntary Winding Up

☐ 債權人自動清盤 Creditors Voluntary Winding Up

☐ 其他清盤方式（請註明）Others (Please specify)

---

(註 Note 4)   提交人的資料 Presentor's Reference

姓名 Name:  Borrelli Walsh Limited

地址 Address: 1401, Level 14, Tower 1
　　　　　　Admiralty Centre
　　　　　　18 Harcourt Road
　　　　　　Hong Kong

電話 Tel:  3761 3888    傳真 Fax:  3761 3889

電郵地址 E-mail Address:

檔號 Reference: CB/JC/AL/il/J099/877436

指明編號 1/2004 (2004 年 2 月)
Specification No. 1/2004 (Feb. 2004)

請勿填寫本欄 For Official Use

收件日期 RECEIVED
**2 0 AUG 2007**
文件收發小組
1 Unit



22800210531
W3              0926195
20/08/2007

T 800

表格 **W3**
Form

公司編號 Company Number

**926195**

## 2 委任詳情 Details of Appointment

請在有關空格內加 ✓ 號  Please tick the relevant box(es)

1 身份 Capacity: [✓] 清盤人 Liquidator  [ ] 臨時清盤人 Provisional Liquidator

類別 Status: [ ] 唯一 Sole  [ ] 共同 Joint  [✓] 共同及各別 Joint & Several

委任方式 Mode of Appointment: [✓] 公司決議 Resolution of Company  [ ] 債權人決議 Resolution of Creditors  [ ] 董事決議 Resolution of Directors  [ ] 法院命令 Court Order  [ ] 破產管理署署長委任 by the Official Receiver

中文姓名 Name in Chinese: **N/A**

英文姓名 Name in English: **Borrelli** (姓氏 Surname)  **Cosimo** (名字 Other Names)

地址 Address: **1401, Level 14, Tower 1, Admiralty Centre, 18 Harcourt Road**  **Hong Kong** (國家 Country)

(註 Note 6) 電郵地址 E-mail Address: **cb@borrelliwalsh.com**

(註 Note 7) 身份證明 Identification
a 香港身份證號碼 Hong Kong Identity Card Number: **P863558(0)**

b 海外護照 Overseas Passport: **N/A** (簽發國家 Issuing Country)  **N/A** (號碼 Number)

委任日期 Date of Appointment: **14** 日 DD  **8** 月 MM  **2007** 年 YYYY

第二頁 Page 2

指明編號 1/2004 (2004年2月)
Specification No. 1/2004 (Feb. 2004)

0082

表格 Form **W3**

公司編號 Company Number: **926195**

## 3 委任詳情 Details of Appointment (續上頁 cont'd)

請在有關空格內加 ✓ 號 Please tick the relevant box(es)

**2 身份 Capacity:** ☑ 清盤人 Liquidator   ☐ 臨時清盤人 Provisional Liquidator

**類別 Status:** ☐ 唯一 Sole   ☐ 共同 Joint   ☑ 共同及各別 Joint & Several

**委任方式 Mode of Appointment:** ☑ 公司決議 Resolution of Company   ☐ 債權人決議 Resolution of Creditors   ☐ 董事決議 Resolution of Directors   ☐ 法院命令 Court Order   ☐ 破產管理署署長委任 by the Official Receiver

中文姓名 Name in Chinese: **N/A**

英文姓名 Name in English:
- 姓氏 Surname: **Walsh**
- 名字 Other Names: **G Jacqueline Fangonil**

地址 Address: **1401, Level 14, Tower 1, Admiralty Centre, 18 Harcourt Road**
國家 Country: **Hong Kong**

(註 Note 6) 電郵地址 E-mail Address: **jw@borrelliwalsh.com**

(註 Note 7) 身份證明 Identification:
a 香港身份證號碼 Hong Kong Identity Card Number: **P956589(6)**
b 海外護照 Overseas Passport — 簽發國家 Issuing Country: **N/A**   號碼 Number: **N/A**

委任日期 Date of Appointment: **14 / 8 / 2007** (DD/MM/YYYY)

(註 Note 5)

簽署 Signed: *[signature]*
姓名 Name: **Cosimo Borrelli**
清盤人 / ~~臨時清盤人~~ *
Liquidator / ~~Provisional Liquidator~~ *
日期 Date: **14 / 8 / 2007**

簽署 Signed: *[signature]*
姓名 Name: **G Jacqueline Fangonil Walsh**
清盤人 / ~~臨時清盤人~~ *
Liquidator / ~~Provisional Liquidator~~ *
日期 Date: **14 / 8 / 2007**

*請刪去不適用者 Delete whichever does not apply

第三頁 Page 3

指明編號 1/2004 (2004年2月)
Specification No. 1/2004 (Feb. 2004)