# **EXHIBIT D**

**(Request for Payment)**

NYA 605840.4

22/04/2005 21:20  8148521  PAGE 02/03

| United States Bankruptcy Court<br>District of New Jersey | ADMINISTRATIVE<br>PROOF OF CLAIM |
|---|---|
| In Re: (Name of Debtor)<br>**JAZZ PHOTO CORP.** | Case Number<br>**03-26565-MS** |

Name of Creditor: (The person or entity whom debtor owes money/property)

Polytech Enterprise Limited
Flat A, 15F
Young Ya Industrial Building
381-389 Sha Tsui Road
Tsuen Wan, Hong Kong

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if ☐ replaces a previously filed claim, dated _____
this claim: ☐ amends

1. BASIS FOR CLAIM:
   ☒ Goods Sold
   ☒ Services Performed
   ☐ Money Loaned
   ☐ Personal injury/wrongful death
   ☐ Other

   ☐ Retiree benefits as defined in 11 U.S.C. §1114
   ☐ Wages, salaries, and compensations (Fill out below)
   Your social security number _____
   ☐ Severance
   ☐ Vacation

2. DATE ADMINISTRATIVE DEBT WAS INCURRED: est. 3/14/05
   10/16/04

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: **$3,699,981.80** TOTAL

☐ Check this box if administrative expense request includes interest or other charges in addition to the principal amount of the administrative expense request. Attach itemized statement of all interest or additional charges. If all or part of your claim is secured also complete item 5 below.

5. SECURED CLAIMS $
   ☐ Check this box if you claim is secured by collateral (including a right of setoff).
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Machinery & Equipment
   ☐ Other (Describe briefly) _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. CREDITS: The amount of all payments on this administrative expense request has been credited and deducted for the purpose of making this administrative expense request.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

THIS SPACE FOR COURT USE ONLY

Date: 4/22/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney)
Polytech Enterprise Limited
By: /s/ Kitty Wong
Kitty Wong (Authorized Signature)

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 USC §§ 152 and 3571.

S:\Docs\Becker Meisel\POLYTECH ENTERPRISE LIMITED\PROOF OF CLAIM\administrative proof of claim - .doc

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**BECKER MEISEL LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 2800<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorneys for Polytech Enterprise Limited<br>BEN H. BECKER, ESQ. (6377) | |
| In Re:<br><br>JAZZ PHOTO CORP.<br><br>Debtor. | Case No. 03-26565 (MS)<br><br>Chapter 11<br><br>Judge: Hon. Morris Stern |

### REQUEST FOR PAYMENT

Polytech Enterprise Limited ("Polytech") requests payment pursuant to 11 U.S.C. §503(b)(1) of the sum of $3,699,981.80 for monies due to Polytech for the actual necessary costs and expense of preserving the bankruptcy estate as set forth herein. The subject claim is for payment due with regard to post-petition sale of single use cameras which were repaired by Polytech and delivered to Jazz Photo Corp., and for damages incurred by Polytech as a result of post-petition breach of contract by Jazz Photo Corp.

Notice is hereby given that a security interest in this administrative claim has been assigned to by Polytech to AgfaPhoto Hong Kong Limited.

POLYTECH ENTERPRISE LIMITED

By: _____
KITTY WONG, Director

Request for Payment 4-21-05.doc