## EXHIBIT E

**(Financing Statement)**

Case 2:05-cv-01863-KSH-PS   Document 431-8   Filed 08/03/2009   Page 1 of 2

View: **Results List** | Full          ◁ PREV **2 of 3** NEXT ▷

Search:   **UCC Filings Search**  > **Search Results** > UCC Report Request

Terms:   company(**polytech**) terms(filing-date(aft 2004)) filing jurisdiction(**NJ**) ( **Edit Search** | **New Search** )

☐ Select for Delivery

## UCC Filings

**1:New Jersey UCC Record**

**Debtor Information**
    **Name:** POLYTECH ENTERPRISES LIMITED
    **Address:** HK,
              HK, HK

**Secured Party Information**
    **Name:** AGFAPHOTO HONG KONG LIMITED
    **Address:** HK

**Filing Information**
    **Original Filing Number:** 23275270
    **Original Filing Date:** 11/14/2005
    **Filing Agency:** SECRETARY OF STATE/UCC DIVISION
    **Filing Agency Address:** 315 W STATE ST
          TRENTON, NJ 08618

    **Filing Type:** INITIAL FILING
    **Filing Number:** 23275270
    **Filing Date:** 11/14/2005
    **Vendor Entry Date:** 1/5/2006
    **Vendor Update Date:** 2006

**Collateral**
    **Collateral Description:** ACCOUNTS RECEIVABLE AND PROCEEDS

**Further Searches**
- Locate a Business (Nationwide) Search
- Criminal Records
- Judgments & Liens
- Deed Images $
- Parcel Maps $
- Foreclosure Activity
- Status Report $
- Real Property
- Voluntary Lien
- Transaction Report $
- Real Property Valuation Report $
- Real Property Value
- Risk Assessment Report $
- Neighborhood Demographics Report $

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.



About LexisNexis | Terms & Conditions
Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.