**<u>EXHIBIT F</u>**

**(Writ of Attachment)**

Arthur D. Grossman (ADG 9237)
Robert J. Rohrberger (RJR 1918)
David Ward (DW 7669)
Fox & Fox LLP
70 South Orange Avenue
Livingston, New Jersey 07039
(973) 597-0777

Lawrence Rosenthal (LR-9526)
Matthew W. Siegal (MWS-7467)
Angie M. Hankins (AMH-1367)
STROOCK & STROOCK & LAVAN LLP
Attorneys for Plaintiff
Fuji Photo Film Co., Ltd.


UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------- x
                                                   :

FUJI PHOTO FILM CO., LTD.             :

                      Plaintiff,     :

                             :

                   v.           :  Civil Action No. 05-1863(KSH)(PS)

                             :

JACK C. BENUN,                 :
RIBI TECH PRODUCTS LLC,     :
POLYTECH ENTERPRISES LTD, and   :
POLYTECH (SHENZHEN) CAMERA CO. LTD, :

                             :

                  Defendants.   :

                             :
------------------------------------------------- X

## WRIT OF ATTACHMENT

The United States of America to the United States Marshal:

You are hereby ORDERED to immediately attach any property, real or personal, found

within the State of New Jersey which belongs to defendant Polytech Enterprise, Ltd. If you

attach cash, attach no more than $3.5 million. If you attach property, other than cash, attach no

more than the amount which would have to be sold, in your estimate, to obtain the sum above.

You are further hereby ORDERED, within thirty days from the date of this Writ, to serve a certified copy of this Writ upon Michael Sirota, Esq. of Cole, Schotz, Meisel, Forman & Leonard, P.A., 25 Main Street Hackensack, New Jersey 07602-0800 as counsel for the Liquidating Trustee for Jazz Photo Corporation in the action captioned *In re Jazz Photo Corp., Case No. 03 BR 26565* pending in the United States Bankruptcy Court for the District of New Jersey.

You are hereby further ORDERED to instruct the Liquidating Trustee that: (a) all monies claimed to be owed by Jazz Photo Corporation to Polytech Enterprise, Ltd., including but not limited to the debts and obligations of Jazz Photo Corp. as asserted in the proofs claim filed by Polytech Enterprise, Ltd. on August 22, 2003 and on April 22, 2005, up to the amount of $3.5 million, have been attached by the United States Marshal; and (b) the Liquidating Trustee shall not make any payments to Polytech Enterprise, Ltd., but shall instead hold any and all funds to be paid to Polytech Enterprise, Ltd. in an interest bearing account and shall not transfer those funds without the prior approval of this Court.

If you attach any property pursuant to this Writ, you are further ORDERED to: (1) prepare a written inventory of all real property attached; (2) prepare a written appraisement of all personal property attached; (3) endorse upon this Writ and duplicate thereof each levy made and the date thereof; (4) annex to both the original and copy of this Writ a copy of the inventory and appraisement; (5) file the original and copy of this Writ on which all attachments have been endorsed, together with a copy of the inventory and appraisement, with this Court; and (6) within five days after the levy, mail a notice of the levy and a copy of the inventory and appraisement to plaintiff Fuji Photo Film Company by delivery to its attorneys, atten: Robert Rohrberger, Esq., Fox and Fox LLP, 70 South Orange Avenue, Livingston, New Jersey 07039, and to defendant

Polytech Enterprise Ltd. by delivery to its attorneys, atten: Ben H. Becker, Esq., Becker Meisel LLC, Eisenhower Plaza II, 354 Eisenhower Parkway, Suite 2800, Livingston, New Jersey 07039.

This Writ is issued by order of Honorable _Katharine S. Hayden_ of the United States District Court for the District of New Jersey.

So Ordered.

Katharine Hayden
USDJ
11/15/05